# UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH CAROLINA

# BEAUFORT DIVISION

UNITED STATES OF AMERICA

vs.                                                CASE NO. 9:10-923

ELIZABETH MASON SMITH

## PLEA

The Defendant, ELIZABETH MASON SMITH, acknowledges receipt of a

copy of the Indictment and after arraignment pleads not guilty in open court.

_____
(Signed)      Defendant

Charleston, South Carolina
October 27, 2010