IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NUMBER: 9:10-00923 |
| | ) | |
| v. | ) | |
| | ) | **MOTION FOR EARLY** |
| ELIZABETH MASON SMITH | ) | **TERMINATION OF PROBATION** |
| | ) | |
| Defendants. | ) | |
| | ) | |

COMES NOW the defendant, Elizabeth Mason Smith, by and through her undersigned attorney, Lionel S. Lofton, and moves this Court for an Order terminating Supervised Release imposed by this Court on September 28, 2011. As grounds therefore, the defendant would show as follows:

1. That on September 28, 2011, the defendant was sentenced to Time Served with two (2) years of supervised release.

2. That the Defendant was ordered to pay a Special Assessment Fee in the amount of One Hundred Dollars ($100.00).

3. That the Defendant was ordered to comply with the standard conditions of Supervised Release as well as the following special conditions:

    a)  The Defendant shall submit to a location monitoring program (home detention or curfew restrictions) with electronic monitoring for a period of six (6) months as approved by the U. S. Probation Officer;

    b)    The Defendant shall submit to curfew restrictions as approved by the U. S. Probation Officer until such time as the electronic monitoring can be connected;

    c)    The Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon; and

    d)    The Defendant shall cooperate in the collection of DNA as directed by the Probation Office.

3. That the defendant is scheduled to be released from Supervised Release on or about September 28, 2013.

4. That the defendant has complied with all terms of her Supervised Release and Probation Officer Michael Suttles does not object to early termination.

For the above-stated reasons, the defendant respectfully requests that this Court issue its Order terminating the defendant's Supervised Release.

        Respectfully submitted,

        LOFTON & LOFTON, P.C.

    BY:   s/Lionel S. Lofton
           LIONEL S. LOFTON
           Federal ID #2711
           225 Seven Farms Drive, Suite 109
           Charleston, SC 29492
           (843) 722-6319

        ATTORNEY FOR DEFENDANT

Charleston, South Carolina

September 7, 2012